■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMAL H., Appellant. (Appeal No. 1.) [971 NYS2d 706]—Appeal from an adjudication of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered May 25, 2011. Defendant was adjudicated a youthful offender upon his plea of guilty of robbery in the first degree.

It is hereby ordered that the adjudication so appealed from is unanimously affirmed.

Same memorandum as in *People v Jamal H.* (109 AD3d 1088 [2013]). Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.